# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN LAGUNAS-DUARTE,<br><br>  Petitioner,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>  Respondents. | Case No. 2:26-cv-00674-KES-SAB-HC<br><br>ORDER VACATING MARCH 3, 2026 BRIEFING SCHEDULE<br><br>(ECF No. 8) |

In light of Petitioner filing a motion for preliminary injunction on March 9, 2026, (ECF No. 10), and the Court's briefing schedule for the motion, (ECF No. 11), the Court HEREBY VACATES the briefing schedule issued on March 3, 2026, (ECF No. 8).

IT IS SO ORDERED.

Dated:  **March 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge